UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                          )
                                                )
**CICINELLI, THOMAS M**                         )   Bankruptcy Case No. 15-31063 CAD
                                                )   Chapter 7
                                                )
Debtor(s).                                      )

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 4, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

    CICINELLI, THOMAS M
    1515 ALGONQUIN DR
    SCHAUMBURG, IL 60193

    LINCOLN M KING
    RUDDY, MILROY & KING, LLC
    1700 N FARNSWORTH AVE
    STE 12
    AURORA, IL 60505

    CLERK OF THE UNITED STATES BANKRUPTCY COURT
    219 S. DEARBORN STREET
    7TH FLOOR
    CHICAGO, IL 60604



    SPRINGER BROWN LLC
    WHEATON EXECUTIVE CENTER
    400 S. COUNTY FARM ROAD - SUITE 330
    WHEATON, IL 60187

    ALEX D. MOGLIA
    1325 REMINGTON RD.STE. H
    SCHAUMBURG, IL 60173

| | |
|---|---|
| 1P | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| 4 | The Stogsdill Law Firm<br>C/O Edgerton & Edgerton<br>125 Wood Street - PO Box 218<br>West Chicago, IL 60186 |
| 5 | Mueller & Co., LLP<br>c/o Martin D. Tasch<br>1001 Warrenville Road, Suite 500<br>Lisle, IL 60532 |
| 6P | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| 7 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |
| 8 | AMERICAN EXPRESS BANK, FSB<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 |

| | |
|---|---|
| 9 | LVNV Funding, LLC its successors and assigns as assignee of FNBM, LLC<br>Resurgent Capital Services,PO Box 10587<br>Greenville, SC 29603-0587 |
| 10 | American InfoSource LP as agent for<br>DIRECTV, LLC<br>PO Box 5008<br>Carol Stream, IL 60197-5008 |
| 11 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TX 75001 |

Office of the US Trustee
219 S. Dearborn St. #873
Chicago, IL 60604



/s/ ALEX D. MOGLIA

Chapter 7 Trustee
ALEX D. MOGLIA, Trustee
1325 REMINGTON RD.STE. H
SCHAUMBURG, IL 60173
Phone: (847) 884-8282
Fax: (847) 884-1188