# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CICINELLI, THOMAS M                                      § Case No. 15-31063-CAD
                                                                §
                                                                §
                                                                §
Debtor(s)                                                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

    ALEX D. MOGLIA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $257,909.00                    Assets Exempt: $240,309.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,246.63      Claims Discharged
                                                 Without Payment: $547,132.56

Total Expenses of Administration: $13,753.37

---

    3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 13,753.37 | 13,753.37 | 13,753.37 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 55,720.46 | 55,720.46 | 11,246.63 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 502,658.73 | 502,658.73 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $572,132.56 | $572,132.56 | $25,000.00 |

4) This case was originally filed under Chapter 7 on September 11, 2015. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/26/2018           By:  /s/ALEX D. MOGLIA
                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| West Bend Insurance claim | 1129-000 | 5,000.00 |
| FRAUDULENT TRANSFER LITIGATION V. U. CICINELLI | 1241-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ALEX D. MOGLIA | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| Trustee Expenses - ALEX D. MOGLIA | 2200-000 | N/A | 91.09 | 91.09 | 91.09 |
| Clerk of the Court Costs (includes adversary and other filing fees) - CLERK | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - SPRINGER BROWN LLC | 3210-000 | N/A | 9,900.50 | 9,900.50 | 9,900.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - SPRINGER BROWN LLC | 3220-000 | N/A | 78.96 | 78.96 | 78.96 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 34.64 | 34.64 | 34.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 38.18 | 38.18 | 38.18 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $13,753.37 | $13,753.37 | $13,753.37 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Illinois Department of Revenue Bankruptcy Section | 5800-000 | N/A | 962.00 | 962.00 | 194.17 |
| 6P | Internal Revenue Service | 5800-000 | N/A | 54,758.46 | 54,758.46 | 11,052.46 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $55,720.46 | $55,720.46 | $11,246.63 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 1,797.41 | 1,797.41 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 8,398.94 | 8,398.94 | 0.00 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,841.56 | 1,841.56 | 0.00 |
| 4 | The Stogsdill Law Firm | 7100-000 | N/A | 71,213.84 | 71,213.84 | 0.00 |
| 5 | Mueller & Co., LLP | 7100-000 | N/A | 16,150.00 | 16,150.00 | 0.00 |
| 6U | Internal Revenue Service | 7100-000 | N/A | 353,962.94 | 353,962.94 | 0.00 |
| 7 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 41,968.99 | 41,968.99 | 0.00 |
| 8 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 5,701.40 | 5,701.40 | 0.00 |
| 9 | LVNV Funding, LLC its successors and assigns as | 7100-000 | N/A | 600.85 | 600.85 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 425.80 | 425.80 | 0.00 |
| 11 | FIFTH THIRD BANK | 7100-000 | N/A | 597.00 | 597.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $502,658.73 | $502,658.73 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31063-CAD  
**Case Name:** CICINELLI, THOMAS M

**Period Ending:** 01/26/18

**Trustee:** (330260) ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/11/15 (f)  
**§341(a) Meeting Date:** 10/21/15  
**Claims Bar Date:** 06/17/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Imported from original petition Doc# 1 | 40.00 | 0.00 | | 0.00 | FA |
| 2 | 2 savings accounts for children - guardian only<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Checking at Bank of America<br>Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 4 | Checking at Chase<br>Imported from original petition Doc# 1 | 120.00 | 0.00 | | 0.00 | FA |
| 5 | Checking at Fifth Third Bank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Security Deposit with Lisa Sylvester (landlord)<br>Imported from original petition Doc# 1 | 1,600.00 | 0.00 | | 0.00 | FA |
| 7 | Misc. household goods and furnishings<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Necessary clothing<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 9 | jewelry<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Term life insurance issued by Genworth Life and<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Term life insurance through employer<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 457(b) Deferred Compensation plan<br>Imported from original petition Doc# 1 | 237,048.00 | 0.00 | | 0.00 | FA |
| 13 | Pension through Chicago District Council of Carp<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Pension through Cook County<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | West Bend Insurance claim<br>Imported from original petition Doc# 1 | Unknown | Unknown | | 5,000.00 | FA |
| 16 | 2014 Volkswagen Jetta<br>Imported from original petition Doc# 1 | 18,000.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-31063-CAD  
**Case Name:** CICINELLI, THOMAS M

**Trustee:** (330260)   ALEX D. MOGLIA  
**Filed (f) or Converted (c):** 09/11/15 (f)  
**§341(a) Meeting Date:** 10/21/15

**Period Ending:** 01/26/18  
**Claims Bar Date:** 06/17/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | 1 dog (boxer)<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 18 | FRAUDULENT TRANSFER LITIGATION V. U. CICINELLI  (u) | Unknown | Unknown | | 20,000.00 | FA |
| 19 | POTENTIAL MALPRACTICE CLAIM V. STUART PETERSEN  (u)  (See Footnote) | Unknown | 0.00 | OA | 0.00 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$257,909.00** | **$0.00** | | **$25,000.00** | **$0.00** |

RE PROP# 19     DKT. #44 ORDER OF ABANDONMENT

---

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     September 30, 2016          **Current Projected Date Of Final Report (TFR):**     January 4, 2017  (Actual)

Printed: 01/26/2018 11:22 AM     V.13.32

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 15-31063-CAD | | Trustee: | ALEX D. MOGLIA (330260) |
|---|---|---|---|---|
| Case Name: | CICINELLI, THOMAS M | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9966 - Checking Account |
| Taxpayer ID #: | **-***5787 | | Blanket Bond: | N/A |
| Period Ending: | 01/26/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/16 | {15} | West Bend | settlement | 1129-000 | 5,000.00 | | 5,000.00 |
| 09/27/16 | {18} | Ursula A Cicinelli | settlement | 1241-000 | 20,000.00 | | 25,000.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 24,990.00 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.64 | 24,955.36 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.18 | 24,917.18 |
| 02/17/17 | 101 | CLERK OF THE UNITED STATES BANKRUPTCY COURT | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 24,567.18 |
| 02/17/17 | 102 | Illinois Department of Revenue Bankruptcy Section | BANKRUPTCY CASE15-31063 ,CICINELLI, THOMAS M     DIVIDEND ON ALLOWED CLAIM # 1P of 20.18% | 5800-000 | | 194.17 | 24,373.01 |
| 02/17/17 | 103 | Internal Revenue Service | BANKRUPTCY CASE15-31063 ,CICINELLI, THOMAS M     DIVIDEND ON ALLOWED CLAIM # 6P of 20.18% | 5800-000 | | 11,052.46 | 13,320.55 |
| 02/17/17 | 104 | ALEX D. MOGLIA | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 3,341.09 | 9,979.46 |
| | | | Dividend paid 100.00%   3,250.00 on $3,250.00; Claim# ; Filed: $3,250.00 | 2100-000 | | | 9,979.46 |
| | | | Dividend paid 100.00%   91.09 on $91.09; Claim# ; Filed: $91.09 | 2200-000 | | | 9,979.46 |
| 02/17/17 | 105 | SPRINGER BROWN LLC | Combined Check for Claims#et_al. | | | 9,979.46 | 0.00 |
| | | | Dividend paid 100.00%   9,900.50 on $9,900.50; Claim# ; Filed: $9,900.50 | 3210-000 | | | 0.00 |
| | | | Dividend paid 100.00%   78.96 on $78.96; Claim# ; Filed: $78.96 | 3220-000 | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 25,000.00 | 25,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 25,000.00 | 25,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $25,000.00 | $25,000.00 | |

{} Asset reference(s)

Printed: 01/26/2018 11:22 AM   V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 15-31063-CAD | **Trustee:** | ALEX D. MOGLIA (330260) |
|---|---|---|---|
| **Case Name:** | CICINELLI, THOMAS M | **Bank Name:** | Rabobank, N.A. |
| | | **Account:** | ******9966 - Checking Account |
| **Taxpayer ID #:** | **-***5787 | **Blanket Bond:** | N/A |
| **Period Ending:** | 01/26/18 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 25,000.00
─────────────
Net Estate : $25,000.00

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******9966** | 25,000.00 | 25,000.00 | 0.00 |
| | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 01/26/2018 11:22 AM    V.13.32